No. 256. CEPEDA v. COWLES MAGAZINES & BROADCASTING, INC. C. A. 9th Cir. Certiorari denied. *Marvin E. Lewis* for petitioner. *William K. Coblentz* for respondent.

No. 257. IN RE YORK ET UX. C. A. D. C. Cir. Certiorari denied. *Robert A. Diemer* for petitioners. *Charles T. Duncan, Hubert B. Pair,* and *Richard W. Barton* in opposition.

No. 261. KLEBANOFF v. CO-ORDINATING COMMITTEE ON DISCIPLINE. Ct. App. N. Y. Certiorari denied. *Milton Bard* for petitioner. *Angelo T. Cometa* for respondent.

No. 264. GROW v. UNITED STATES; and
No. 275. MENSIK v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Edward P. Morgan* and *Thomas M. P. Christensen* for petitioner in No. 264, and *Kinsey T. James* for petitioner in No. 275. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States in both cases.

No. 265. BERLIN v. BERLIN. Ct. App. N. Y. Certiorari denied. *Wilfred R. Caron* for petitioner. *Helen L. Buttenwieser* for respondent.

No. 276. SERV-AIR, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari denied. *Frank Carter* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Glen M. Bendixsen* for respondent.